USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

      -v.- :

THOMAS ECONOMOU, :
  a/k/a "Tommy,"                12 Cr.

                    :

      Defendant.
- - - - - - - - - - - - - - - - x

**12 CRIM 021**

INFORMATION

## COUNT ONE

The United States Attorney charges:

1. From in or about June 2011, up to and including in or about July 2011, in the Southern District of New York and elsewhere, THOMAS ECONOMOU, a/k/a "Tommy," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that THOMAS ECONOMOU, a/k/a "Tommy," the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

JUDGE NATHAN

## FORFEITURE ALLEGATION

4.  As a result of committing the controlled substance offense alleged in Count One of this Information, THOMAS ECONOMOU, a/k/a "Tommy," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the controlled substance offense alleged in Count One of this Information.

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third person;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be subdivided without difficulty;

2

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

*Preet Bharara*

PREET BHARARA
United States Attorney

```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

THOMAS ECONOMOU,
a/k/a "Tommy,"

Defendant.

INFORMATION

12 Cr.

(Title 21, United States Code,
Section 846.)

PREET BHARARA
United States Attorney.