```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
                                 :
UNITED STATES OF AMERICA                    S1 12 Cr. 21 (AJN)
                                 :
     -v-
                                 :


THOMAS ECONOMOU,                 :


              Defendant.

                                 :
---------------------------------x
```

**DEFENDANT THOMAS ECONOMOU'S SUPPLEMENTAL SENTENCING MEMORANDUM**

Gary S. Villanueva
11 Park Place, suite 1601
New York, New York 10007
Office: 212 219-0100
Facsimile: 212 219 3701


Dated: August 23, 2013
       New York, New York 10007

GARY S. VILLANUEVA
ATTORNEY AT LAW
11 PARK PLACE, , SUITE 1601
New York, New York 10007
(212) 219-0100
------------
Fax  (212) 219-3701

August 23, 2013

By ECF and Hand

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Thomas Economou
    S1 12 Cr. 21 (AJN)

Dear Judge Nathan:

This memorandum supplements Mr. Economou's July 26, 2013 sentencing submission.  It sheds light into his characteristics and history. There are six character letters from business and personal relationships. There is also a letter of support and certificate of achievement from his 19 year old niece, verifying Mr. Economou's role as surrogate parent.

The character letters describe Thomas Economou professional and personal relationships extending, in some cases over thirty five years.  Michael Del Monaco from Del Monaco Brothers Industries, states that he has known Mr.  Economou over a thirty five year period.  During that time he has proven to be honest, reliable and family centered. He describes Thomas  as a selfless person, always willing to help a friend or neighbor in need.  This a theme that is repeated over and over in the character letters submitted for the Court's consideration.

Nicholas Cosmo has known Thoms for over twenty years.  He describes Thomas as a man of integrity in his business and personally dealings.  Mr. Cosmo also cites Thomas' willingness to help others in need.

Voula Parisis a friend of several years attends Church with Thomas. He describes Thomas as a "man of great character and someone you can always count on."   Mr. Parisis has experienced Thomas generosity first hand.  Thomas offered Mr. Parisis a job during a particularly difficult time for Mr. Parisis.  As a small business owner, struggling himself to make ends meet, Thomas' offer

The Honorable Alison J. Nathan
Page 2
August 23, 2013

demonstrated the selfless nature that is a recurring theme in these character letters.

Thomas Acosta has taken the time to write the Court on behalf of Thomas Economou.  Mr. Acosta is the IT Director of Atlantic Auto Group. Knowing Thomas both professionally and personally, Mr. Acosta  admires Thomas' character and his devotion to his friends and  family.  He has complete trust in Thomas which Mr. Acosta acknowledges is very rare.

Joseph Alberts, Vice President of TW Cable LLC, has complete trust and confidence in Thomas.  In his experience, Thomas' integrity is second to none.  He has observed Thomas as a devoted businessman as well as demonstrating a devotion to his family and friends.

In his thoughtful letter, Martin Sternberg a friend and business associate of Thomas Economou for the last fifteen years describes Thomas as a man of good moral character, with a strong sense of duty to others.   According to Mr. Sternberg, Thomas enjoys a reputation for dependability and integrity in his community.  Mr. Sternberg's letter raises the question that is often present in sentencing proceedings: who is the defendant and how did he live his life, both before the criminal conduct and afterwards.  Mr. Sternberg affirmatively states that Thomas has lived a productive and  admirable  life.   Without articulating it, Mr. Sternberg suggests that Thomas is more than a sum of his criminal conduct. Thomas Economou is a highly regarded person who has made an impact in the lives of others.  In Mr. Sternberg's closing words, "That has to say something, so please let that be a factor in your decision."

Thomas Economou's nineteen year old niece has written a heart felt letter  to  the  Court  explaining  the  rejection  and  resultant homelessness she faced had Thomas not stepped forward to help her. Thomas gave his at risk teenage niece a home, and with it the structure that young people desperately need to thrive and succeed. He provided emotional and spiritual support to his niece.  He also provided concrete assistance.  He paid for his niece to take a technological course, in which she earned a certificate (attached hereto). Understanding that self sufficiency leads to self esteem Thomas gave his niece a job.  She proudly states in her letter that she now runs a cell phone repair shop and is slowly getting her life together.

The Honorable Alison J. Nathan
Page 3
August 23, 2013


Her letter poignantly answers the question posed earlier by Mr. Sternberg: who is Thomas Ecomonou and how does he live his life? Thomas Economou, as described by his niece is a genuine and caring person, who has the respect of his community and more importantly has stepped up and changed the life arc of an at risk teenager. Thomas Economou has accepted the ultimate responsibility, that of a parent to a teenage daughter.

Mr. Thomas Ecomomou respectfully submits that the Court take into consideration his character and history as aptly set forth in the submitted character letters in deciding a reasonable sentence that is sufficient but greater than necessary to fulfill the goals of punishment, as set forth in 18 U.S.C. § 3553 (a).

Thank you for your consideration.

Respectfully submitted,

<u>/s/Gary S. Villanueva</u>
Gary S. Villanueva

cc: A.U.S.A. Sarah Paul (By email)
    Thomas Economou (By email)